**No. 60823.**—Herz Specialty Products, Inc., and Reitmann Pilcer Co. *v.* United States, protest 282783–K (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 60824.**—Ascot, Ltd., and Heinrich, Herrmann & Weiss *v.* United States, protests 305598–K and 285289–K (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 60825.**—Electrolux Corp. *v.* United States, protest 309579–K (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of parts of electric floor polishers similar in all material respects to those the subject of Abstract 59814, the claim of the plaintiff was sustained.

**No. 60826.**—The Durst Mfg. Co., Inc. *v.* United States, protest 270091–K (New York).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the

same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60827.**—Elite Sales Corp. *v.* United States, protests 300877–K and 301258–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60828.**—Columbian Rope Co. *v.* United States, protests 267452–K and 270788–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of textile machinery and parts thereof used for manufacturing or processing vegetable fibers similar in all material respects to the textile machinery and parts the subject of *The A. W. Fenton Co., Inc., et al.* v. *United States* (34 Cust. Ct. 202, C. D. 1705), the claim of the plaintiff was sustained.

**No. 60829.**—Keuffel & Esser Co. *v.* United States, protest 261187–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE THIRD DIVISION, JUNE 11, 1957

**No. 60830.**—H. Z. Bernstein Co., Inc., and Dubera Corp. *v.* United States, protest 182026–K (New York).